COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-355-CV

DAVID JOYNER APPELLANT

V.

THE STATE OF TEXAS STATE

------------

FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant David Joyner is attempting to appeal from the trial court’s denial of his pretrial motion to recuse.  An interlocutory order denying a motion to recuse is not appealable.  
Means v. State
, 825 S.W.2d 260, 260–61 (Tex. App.—Houston [1st Dist.] 1992, no pet.); 
see
 
Apolinar v. State
, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); 
Wright v. State
, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.); 
McKown v. State
, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).  Accordingly, we dismiss this appeal for want of jurisdiction.  
See
 Tex. R. App. P. 43.2(f); 
McKown
, 915 S.W.2d at 161.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  January 14, 2010

FOOTNOTES
1:
See
 Tex. R. App. P. 47.4.